JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN,<br><br>            Plaintiff,<br><br>    v.<br><br>GLOBAL NET ACCESS, LLC, AND DOES 1 THROUGH 10,<br><br>            Defendants. | Case No. CV 10-2721-DMG (Ex)<br><br>**JUDGMENT** |

This matter having come before the Court for a bench trial on July 31, 2012 through August 2, 2012, and this Court having filed its Findings of Fact and Conclusions of Law,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Plaintiff is entitled to recover the amount of $45,000 from Defendant;
2. Plaintiff is entitled to prejudgment interest on the recovery from August 3, 2012 to June 20, 2014; and
3. Plaintiff is entitled to recover reasonable attorneys' fees and costs, provided that he files a timely motion in support thereof.

DATED:  June 20, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE